UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| SCOTT A. FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:11-CV-57-FL |
| ROGER ST. CLAIR and | ) | |
| RUAN TRANSPORT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the Fed. R. Civ. P. 68, that judgment is entered in favor of plaintiff who shall have and recover from defendants Roger St. Clair and Ruan Transport Corporation the amount of Seventy-Five Thousand and no/100 Dollars ($75,000.00) together with the costs then accrued at the time of filing of the Amended Offer of Judgment.

**This Judgment Filed and Entered on May 25, 2012, and Copies To:**

Stevenson L. Weeks (via CM/ECF Notice of Electronic Filing)
Dana H. Hoffman (via CM/ECF Notice of Electronic Filing)
Eric H. Cottrell (via CM/ECF Notice of Electronic Filing)
Hans J. Germann (via CM/ECF Notice of Electronic Filing)
Rodney E. Alexander (via CM/ECF Notice of Electronic Filing)
William Turner Herbert (via CM/ECF Notice of Electronic Filing)

May 25, 2012      JULIE A. RICHARDS, CLERK
                   /s/ Christa N. Baker
                  (By) Christa N. Baker, Deputy Clerk